**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JONATAN SOTELO HIDALGO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; et al.,

Respondents.

Case No.: 3:26-cv-05184-BTM-DDL

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

**[ECF NO. 5]**

On September 29, 2026, the parties filed a joint stipulation of dismissal without prejudice. (ECF No. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED** without prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Honorable Barry Ted Moskowitz
United States District Judge